■ BRANDI HARDY et al., Plaintiffs, v THOMAS KULWICKI et al., Defendants. CARLO V. MADONIA, JR., et al., Third-Party

Plaintiffs-Respondents-Appellants, v HARLEYSVILLE WORCESTER INSURANCE COMPANY, Third-Party Defendant-Appellant-Respondent. [51 NYS3d 445]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph and Troutman, JJ.